IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-00347(EAG) |
|---|---|
| JESUS M RIVERA GUZMAN ARACELIS CORREA COLON DEBTORS | CHAPTER 13 |

MOTION FOR DISMISSAL

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS:**

1. Instant petition was filed on January 21, 2010.

2. On June 4, 2010, appearing party filed a secured proof of claim which is incorporated by reference.

3. As of the filing of the Bankruptcy petition Debtors were 3 payments in arrears with respect to the mentioned note. Total pre

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

petition arrears $1,876.16. See Proof of Claim for statement of account.

4. Debtors are now 3 post-petition payments in arrear as of filing of this motion. Total post-petition arrears $2,480.52 plus $250.00 for legal cost. See Account Statement attached.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Dismissal of instant petition is beneficial to creditors and parties in interest.

7. Enclosed Statement under Service Members Act for debtors.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Within **THIRTY (30) DAYS** after service as evidence by the certification, and an additional **THREE (3) DAYS** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed, for the benefit of Movant awarding $250.00 in cost, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY** that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this ___ day of July, 2014.

WVS LAW LLC
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: wvslawllc@gmail.com

By: _____
Wallace Vazquez Sanabria-125101

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: wvslawllc@gmail.com

## STATEMENT OF ACCOUNT

| | | | | | |
|---|---|---|---|---|---|
| **DEBTOR:** | Jesus M. Rivera Guzman | | **BPPR NUM:** | 071010011623975 | |
| **BANKRUPTCY NUM:** | 10-00347BKT | | **FILING DATE:** | 01/22/10 | |

### SECURED LIEN ON REAL PROPERTY

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal Balance as of | | 03/01/14 | | | | 60,518.54 |
| Accrued Interest from | | 02/01/14 | to | 07/31/14 | | 2,118.15 |
| Interest: | 7.000% | Accrued num. of days: | 180 | Per Diem: | 11.767494 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| Total montly escrow | | | $0.00 | Months in arrears 5 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 893.52 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 130.00 |
| Other | $85.00 | | | | | |
| Legal Fees: | | | | | | 75.00 |
| Total amount owed as of | | 07/31/14 | | | | 63,735.21 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 2 | payments of | $529.00 | each one | | 1,058.00 |
| | acummulated lated charges | | | | 0.00 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 130.00 |
| Other | $85.00 | | | | | |
| Legal Fees | | | | | | 75.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 1,263.00 |

**POST-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | payments of | $529.00 | each one | | 1,587.00 |
| | Late Charge | | | | 893.52 |
| | | | | B = TOTAL POST-PETITION AMOUNT | 2,480.52 |
| | | | | A + B = TOTAL AMOUNT IN ARREARS | 3,743.52 |

### OTHER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next pymt due | 03/01/14 | Interest rate | 7.000% | P & I | $486.87 | Monthly late charge | $21.08 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | | URB. HACIENDA CONCORDIA 161 SANTA ISABEL PR 00757 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*[signature]*

BANCO POPULAR DE PUERTO RICO

07/03/14
DATE

SACCTFHA    Liliana Castro Sosa

Department of Defense Manpower Data Center

Results as of : Jul-14-2014 10:53:08 AM

SCRA 3.0



### Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: RIVERA-GUZMAN
First Name: JESUS
Middle Name: M
Active Duty Status As Of: Jul-14-2014

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects the individuals' active duty status based on the Active Duty Status Date

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |

This response reflects whether the individual or his/her unit has received early notification to report for active duty

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Department of Defense Manpower Data Center

Results as of : Jul-14-2014 11:22:14 AM

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: CORREA-COLON
First Name: ARACELIS
Middle Name:
Active Duty Status As Of: Jul-14-2014

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

```
Label Matrix for local noticing        BANCO POPULAR PR                      DEPARTAMENTO DE HACIENDA
0104-2                                  WALLACE VAZQUEZ SANABRIA ESQ          PO BOX 9024140
Case 10-00347-EAG13                     17 MEXICO STREET SUITE D 1            OFICINA 424-B
District of Puerto Rico                 SAN JUAN, PR 00917-2202               SAN JUAN, PR 00902-4140
Ponce
Mon Jul 14 13:52:07 AST 2014

EAST BAY FUNDING LLC/RESURGENT CAPITAL SERVI   FIRSTBANK PR                   GE MONEY BANK-WALMART
PO BOX 288                              PO BOX 9146                           C/O RECOVERY MANAGEMENT SYSTEMS CORP
GREENVILLE, SC 29602-0288               SAN JUAN, PR 00908-0146               25 S.E. 2ND AVENUE SUITE 1120
                                                                              MIAMI, FL 33131-1605


INTERNAL REVENUE SERVICE                PR DEPARTMENT OF LABOR                US TRUSTEE
CENTRALIZED INSOLVENCY OPERATIONS       PRUDENCIO RIVERA MARTINEZ BLDG        EDIFICIO OCHOA
PO BOX 7346                             505 MUNOZ RIVERA AVENUE               500 TANCA STREET SUITE 301
PHILADELPHIA, PA 19101-7346             12 FLOOR                              SAN JUAN, PR 00901-1922
                                        SAN JUAN, PR 00918


US Bankruptcy Court District of PR      ASOCIACION RESIDENTES HACIENDA CONCORDIA   ASSOCIATES
Jose V Toledo Fed Bldg & US Courthouse  URB HACIENDA CONCORDIA 11307          PO BOX 11917
300 Recinto Sur Street, Room 109        SANTA ISABEL PR 00757                 SAN JUAN, PR 00922-1917
San Juan, PR 00901-1964


BANCO POPULAR DE PUERTO RICO            BANCO POPULAR DE PUERTO RICO          CINGULAR
MORTGAGE SERVICING DEPARTMENT           c/o WALLACE VAZQUEZ SANABRIA          PO BOX 192830
PO BOX 71375                            17 MEXICO STREET, SUITE D-1           SAN JUAN, PR  00919-2830
SAN JUAN, PR 00936-8475                 SAN JUAN, PR 00917-2202


CITI BANK /SEARS                        CITI CARDS                            CITIBANK
CARDS SERVICES CENTER                   PO BOX 11917                          PO BOX 11917
PO BOX 6286                             SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917
SIOUX FALLS, SD  57117-6286


CITIBANK                                CITIBANK CCSI                         CITIBANK MORTGAGE
PO BOX 6241                             PO BOX 11917                          PO BOX 11917
SIOUX FALLS, SD  57117-6241             SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITIBANK NA                             CITIBANK SOUTH DAKOTA                 CITIBANK USA
PO BOX 11917                            PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITICARDS                               CITICARDS CREDIT SERVICES             CITICARDS SEARS
PO BOX 11917                            PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917


CITICORP DINERS                         CITICORP FINANCE                      CITIFINANCIAL
PO BOX 11917                            PO BOX 11917                          PO BOX 11917
SAN JUAN, PR 00922-1917                 SAN JUAN, PR 00922-1917               SAN JUAN, PR 00922-1917
```

```
DORAL FINANCIAL CORPORATION            EASTERN AMERICA INSURANCE CO        East Bay Funding, LLC
LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC   PO BOX 9023862                      c/o Resurgent Capital Services
PO BOX 11917                           SAN JUAN, PR 00902-3862             PO Box 288
SAN JUAN, PR 00922-1917                                                    Greenville, SC 29602-0288


FIRST BANK                             FIRSTBANK PUERTO RICO               GC SERVICES LIMITED PARTNERSHIP
BANKRUPTCY DIVISION                    DEPARTAMENTO DE AUTOS               COLLECTION AGENCY DIVISION
PO BOX 9146                            PO BOX 13817                        PO BOX 47525
SAN JUAN PR 00908-0146                 SAN JUAN, PR 00908-3800             JACKSONVILLE, FL 32247-7525


HOME DEPOT CREDIT SERVICES             LCDO. CARLOS R. PADILLA MONTALVO    PANAMERICAN/CITIBANK
PO BOX 689100                          951 AVE HOSTOS SUITE 101            PO BOX 11917
DES MOINES, IA 50368                   PONCE, PR  00716-1103               SAN JUAN, PR 00922-1917


Roundup Funding, LLC                   SEARS CREDIT CARDS                  VILLA COOP AGUSTIN BURGOS
MS 550                                 PO BOX 183081                       PO BOX 1554
PO Box 91121                           COLUMBUS, OH  43218-3081            VILLALBA, PR 00766-1554
Seattle, WA 98111-9221


ALEJANDRO OLIVERAS RIVERA              ARACELIS CORREA COLON               FEDERAL LITIGATION DEPT. OF JUSTICE
ALEJANDRO OLIVERAS CHAPTER 13 TRUS     URB HACIENDA CONCORDIA              PO BOX 9020192
PO BOX 9024062                         CALLE GIRASOL 11161                 SAN JUAN, PR 00902-0192
SAN JUAN, PR 00902-4062                SANTA ISABEL, PR 00757-3118


JESUS M RIVERA GUZMAN                  MADELINE SOTO PACHECO               MONSITA LECAROZ ARRIBAS
URB HACIENDA CONCORDIA                 LUBE & SOTO LAW OFFICES, P.S.C.     OFFICE OF THE US TRUSTEE (UST)
CALLE GIRASOL 1161                     1130 AVE FD ROOSEVELT               OCHOA BUILDING
SANTA ISABEL, PR 00757                 SAN JUAN, PR 00920-2906             500 TANCA STREET  SUITE 301
                                                                           SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    47
Bypassed recipients     0
Total                  47
```